USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/27/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

LUIS TORO, on behalf of himself and all others similarly situated,

                        Plaintiff,

-v.-

ROBIN'S JEAN RETAIL, LLC.

                        Defendants.

-----------------------------------------------------------------x

Civil Action No:
1:23-cv-05061 (PAE) (JF)

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between all parties that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed without prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated: March 20, 2024

| For Plaintiff Luis Toro | For Defendant Robin's Jean Retail LLC |
|---|---|
| *(signature)* | *(signature)* |
| Mars Khaimov | Martin S. Krezalek |
| Mars Khaimov Law, PLLC | Blank Rome LLP |
| 100 Duffy Ave., Suite 510 | 1271 Ave of the Americas |
| Hicksville, NY 11801 | New York, NY 10020 |
| Ph: 929-324-0717 | Ph: 212-885-5000 |
| mars@khaimovlaw.com | mkrezalek@blankrome.com |

169084.00601/134867816v.1

SO ORDERED. The Clerk is directed to terminate this case. Date: 3/27/2024.

*(signature)*

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE